**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>        Debtors. | Chapter 11<br>07-11047 (CSS)<br>Jointly Administered<br><br>Adv. Pro. No. 11-51851 (CSS) |
| BARCLAYS BANK PLC and<br>BARCLAYS CAPITAL INC.,<br><br>        Appellants-Defendants,<br><br>        v.<br><br>STEVEN D. SASS, as PLAN TRUSTEE of the AMERICAN HOME MORTGAGE PLAN TRUST,<br><br>        Appellee-Plaintiff. | C.A. No. 1:13-mc-00330 (LPS) |

**BARCLAYS BANK PLC AND BARCLAYS CAPITAL INC.'S
MOTION PURSUANT TO 28 U.S.C. § 158(d)(2) FOR CERTIFICATION FOR
<u>DIRECT APPEAL TO THE COURT OF APPEALS FOR THE THIRD CIRCUIT</u>**

    Appellant-Defendants Barclays Bank PLC and Barclays Capital Inc. (together, the "Appellants") hereby move pursuant to 28 U.S.C. § 158(d)(2) and Fed. R. Bankr. P. 8001(f) for certification of the Opinion and Order entered on November 8, 2013 by the United States Bankruptcy Court for the District of Delaware (attached hereto as <u>Exhibits A</u> and <u>B</u>, respectively), for direct appeal to the United States Court of Appeals for the Third Circuit.[1]

    The questions presented by this motion, and the grounds for this motion, are set forth in the accompanying memorandum of law.

---

[1] Defendants timely filed a notice of appeal and a motion for leave to appeal the Opinion and Order in the Bankruptcy Court on November 22, 2013. The motion for leave to appeal and related documents were docketed with this Court on December 13, 2013.

2

Undersigned counsel for Appellants avers that a reasonable effort has been made to obtain Appellee-Plaintiff's consent to certification of this appeal to the Third Circuit. Appellee-Plaintiff has opposed Appellants' motion for leave to appeal and, in response to Appellants' request to consent to certification, has informed Appellants that Appellee-Plaintiff is unlikely to agree to it.

Dated:   January 7, 2014
        Wilmington, Delaware       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                            */s/ Gregory W. Werkheiser*
                              By:  Gregory W. Werkheiser (Del. No. 3553)
                                     Erin R. Fay (Del. No. 5268)
                                     1201 North Market Street
                                   Wilmington, Delaware 19899-1347
                                   (302) 658-9200
                                 Email:  gwerkheiser@mnat.com
                                                efay@mnat.com

                                         -and-

                                   Lance Croffoot-Suede
                                   Paul S. Hessler
                                   Titia A. Holtz
                                   LINKLATERS LLP
                                   1345 Avenue of the Americas
                                   New York, NY 10105
                                   (212) 903-9000
                                   (212) 903-9100 (fax)

                                   *Attorneys for Appellants-Defendants Barclays*
                                   *Bank PLC and Barclays Capital Inc.*